ORIGINAL

*FILED*

CV 19 - 3245

2019 MAY 24  PM 5: 24

MAUSKOPF, J.

TISCIONE, M.J.

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — *Alexandru Iacobi*

Street Address — *5014 - 16th Ave, Ste 298*

City and County — *Brooklyn, NY 11204*

State and Zip Code — *NY  11204*

Telephone Number — *646.606.7587*

E-mail Address — *alex1000ia@yahoo.com*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name — *Capt. Winston M. Faison*

Job or Title
(if known)

Street Address — *Precinct 61 (Brooklyn)*

City and County — *Brooklyn, Kings*

State and Zip Code — *NY  11229*

Telephone Number

E-mail Address
(if known)

Defendant No. 2

Name _Garavuso John_

Job or Title
(if known) _snitch to Police NYPD_

Street Address _2281 East 18 street_

City and County _Brooklyn_

State and Zip Code _NY 11229_

Telephone Number _____

E-mail Address
(if known) _____

Defendant No. 3

Name _PO Felix_

Job or Title
(if known) _Police officer_

Street Address _2575 Coney Island Ave., Brooklyn NY 11223_
_Precinct 61 (Brooklyn, NY)_

City and County _Brooklyn, Kings_

State and Zip Code _NY 11229 11223_

Telephone Number _____

E-mail Address
(if known) _____

Defendant No. 4

Name _P.O Sledge_

Job or Title
(if known) _police officer_

Street Address _2575 Coney Island Ave._
_Brooklyn, NY 11223_
_Precinct 61_

City and County _Brooklyn, Kings_

State and Zip Code _NY 11229 11223_

Telephone Number _____

E-mail Address
(if known) _____

Defendant No. _5_

Name _Hudson Hilary     shield #17489_

Job or Title _Police Officer_
(if known)                      _2575 Coney Island Ave., Brooklyn,_
                                 _NY 11223_
Street Address _Precinct 61_

City and County _Brooklyn , Kings_

State and Zip Code _NY , 11229_

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. _6_

Name _Sgt Goldman_

Job or Title _Sgt._
(if known)          _2575 Coney Island Ave., Brooklyn, NY 11223_
Street Address _Precinct 61-_

City and County _Brooklyn, Kings_

State and Zip Code _NY 11229_

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. _7_

Name _Pereira   shield 29868_

Job or Title _Police Officer_
(if known)          _2575 Coney Island Ave., Brooklyn, NY_
                     _11223_
Street Address _Precinct 61-_

City and County _Brooklyn , Kings_

State and Zip Code _NY , 11229_

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. _8_

Name _Chabanov   shield # 30733_

Job or Title _Police Officer_
(if known)                2575 Coney Island Ave, Brooklyn, NY
                                                                    11223
Street Address _Precinct 61 —_

City and County _Brooklyn, Kings_

State and Zip Code _NY   11229_

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. _9_

Name _Saitta   shield # 3061_

Job or Title _Police Officer_
(if known)                2575 Coney Island Ave., Brooklyn, NY 11223
Street Address _Precinct 61 —_

City and County _Brooklyn, Kings_

State and Zip Code _NY   11229_

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. _10_

Name _Ifill Sherwin_

Job or Title _Detective_
(if known)                2575 Coney Island Ave, Brooklyn, NY 11223
Street Address _Precinct 61 —_

City and County _Brooklyn, Kings_

State and Zip Code _NY   11229_

Telephone Number _____

E-mail Address _____
(if known)

II.     **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☑     State or local officials (a § 1983 claim)

☑     Federal officials (a *Bivens* claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*False Arrest - violation of the 4th Amendament, Eight Amendment, 1st Amendment. Due Process Clause.*

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*4th Amendament, Eight Amendament*

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*All the Defendants Police Officers at Precinct 61 was on duty at the time I interacted with them but all of them acted as they are under the order of Organized Crime, selectively using the reality of facts to support the criminal snitch John Garraviso*

4

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

The criminal attacks occured by the actions of John Garavuso at 2281 East 18 street, Brookeyn NY 11229 basement, but some occurred at the Precinct 61

B.   What date and approximate time did the events giving rise to your claim(s) occur?

05.25.2016 by 4:50PM — I was the victim of an attack inside the basement I was paying rent for by John Garavuso the landlord which entered the premises uninvited and robbed me of several suits and other garment from a closet

C.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Based on the roobery I called 911 for assistance after a long wait when the P.O Felix Jr & P.O Sledge came they spoke for several minutes outside the house and they refused to speak to me and they asked my ID and after that they arrested me refusing to take any information from me and to look at the garment from the floor of the hall entrance which was the object of the theft. P.O Felix was at the location on other days when I called 911 for assistance due to multiple attack from the past exercised by John Garavuso which was demanding more money from me with no written agreement and no receipts for the cash money he was demanding from me.

Attachment 1st Page

1st Page.

At the precinct 61  P.O Hudson Hilary shield #17489
Refused to speak to me as P.O. Felix Jr & P.O Sledge
done before taking me to the pricinct 61 regarding
the accusations and the charges they was acting
on.

Much more in front of the house at 2281 est 18
street P.O. Felix/Jr played games as they locked me
on the rear seats but they locked themselves out of
front seats of the Police car, with intent to make a
show with me the whole block to see, they are arresting
me. I opened the rears doors despite being handcuffed
and they kept me outside of the police car for
more then 50 minutes until they was able to open the
front doors, to be able to drive the car.

Going back to my arrival at the Precinct 61 on 05.25.201
P.O Hudson Hilary # 17489 refused at all times the
accusations and the charges for the False Arrest and
refused to give me paper and pen to write a statement
of the real criminal attacks by John Geravuso which
I knew is a snitch by his behaviour over the time and
the multiple attacks against me and other tenants
which was evicted in any way Geravuso could over the
years not only me.

Sgt Goldman, it was at the Front Desk at the
Precinct 61 at all times and at my release the same
evening, refused to give me any information regarding
the false Arrest and refused to take a written statement
from me as I am the real victim, moments I
understood the precinct 61 was using me to train them
criminals as Organized Crime Matters.

———— 1 ————

Attachment to Page 5

2nd Page.      P.O Pererra shield # 29868 and P.O Peralta # 21318

after a new criminal attack of Garavuso on 06/02/2016 by 11:27 PM when he entered uninvited by trespassing opening the front door where I put a shovel and 2 long brushes with long tails to protect the front door if he enters night time something he has done in the past to see my reactions.

At 06.02.2016 Garavuso entered to kill or injure me because from the moment he opened and pushed the door the noice of the shovel which failed and the long tail brusheses on the floor in the dark made his progress inside the basement difficult.

I was able to stand up from the bed to press the light button and to take my glasses and phone to call 911 for help.

P.O Pererra # 29868 refused to write a report of the night attack.

By calling 911 I exited the basement to give info to the 911 agent regarding the criminal events I was exposed to and I saw Garavuso running down the block on the way the we cars as driven and I saw from 5 cars distance as he was attacking my car too.

The next day 06.03/2016 I saw the damages to my car which was evaluated few day later at above # 4627.

P.O Chabanov # 30733 and P.O. Saitta # 3061 refused to write on the Police Report as the criminal damages was done by John Garavuso because he couldn't kill or harm me the night before.

——— // ———

Attachment to Page 5

3rd Page. I wrote a complain to the Internal's Affairs in the morning of 06.03.2016 to Capt. Winston Faison and I went at the Precinct 61 to speak to capt Winston Faison. The officer from the front Desk refused to let me speak to Capt. Faison and send me home and call 911 again.

Gravano was waiting me home and dislocated a window and with a hose put a jet of water from the driveway straight to the bed. With the bed cover full of water I drove my car with the damages done over the night back the precinct 61 where again I was sent back home and no police Report was take. Mafia relation, organized Crime activities bet Gravano & Precinct 61 in Brooklyn.

- Detective Ifill Sherwin was the person which got the police Report and called me on 06.04/2016, we made arrangement over the phone to meet him at Precinct 61 after 2:00 PM. I done my best to be there after 2:00 PM and after a long wait I was invited to go upstairs where a civilian started to ask me questions and once I started the description of the criminal attack from 06.02.2016 by 11:27 PM from behind me an other person started yelling at me from behind this was Detective Ifill Sherwin, I asked him if he tries to intimidate me by yelling at me or he is there to make a police Report for Criminal Property Damage after an Attempt of MURDER which didn't go as planned.

Attachment  to Page 5

4th page. Detective Ifill Sherwin looked at the pictures on my phone about my car is damages but refused to let me send it as attachments to his e: mail.

I sent from the home the pictures but on 06.06.2016 the pictures came back to me as errors because Ifill Sherwin blocke my e: mail.

End of the briefing

———————   //   ———————

//

Attached Documents, proves

1. Desk Appearance Ticket from Precinct 61, Brooklyn
2. Dismissed And Sealed Judgement section 160.50 CPL
3. Note put on the door Inside and outside at the Basement on 06.03.2016. at 06.03.2016 at:

2281 east 18th street
Brooklyn, NYC 11229



# POLICE DEPARTMENT OF THE CITY OF NEW YORK
## Desk Appearance Ticket

Precinct of Arrest : 061

DAT Serial No. : 061-00258

OLBS Arrest-ID : K16

The People of the State of New York VS.

Defendant Name : IACOBI, ALEXANDRU,
Defendant Address: 2281 EAST 18 STREET,
BSMT, BROOKLYN, NY 11229

Age: 63 yrs

Date of Birth: 05/2

You are hereby summoned to appear in the Criminal Court of the City of New York, to answer a criminal charge made against you.

Top Offense Charged : PL 120.00 01
County: Kings

Arraign/Part: DAT

**At LOC: 120 Schermerhorn Street, Brooklyn, NY 11201**

Time: **09:30 AM**          Date: **07/08**
Room: _____

### Instructions for Defendant

You must appear at the time and date indicated above, and present this form to the court clerk.

**FAILURE TO APPEAR WILL RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.**

Should you fail to appear for the offense charged above, in addition to a warrant being issued for your arrest, you may be charged with additional violations of the penal law which upon conviction may subject you to a fine, imprisonment or both. Additionally, if you fail to comply with the directio this Desk Appearance Ticket, any bail paid will be subject to forfeiture.

Additional Instructions : _____

_____

### Acknowledgement of Defendant:

I, the undersigned, do hereby acknowledge receipt of the above Desk Appearance Ticket, personally served upon me, and do agree to appear as indicated.

Defendant Signature: *Alex Iacoby*

Time: **23 : 35**          Date: **05 , 25 , 16**

Photographed by: *PO Hudson*

Time: **22 : 40**          Date: **05 , 25 , 16**

FingerPrinted?: Y

Arresting Officer: HUDSON, HILARY   Shield: **A-489**          Rank: POF          Tax Reg.: 951831

Squad: 61ST PRECINCT          Command: 061          Agency: NYPD

Address of Agency if not NYPD: _____

Was cash bail accepted?: n/a          Amount: $____

*PO* [signature]
Signature Issuing Officer

**5 25 16**
Date

*LT. TCR*
Signature Desk Officer
*Lt. Rogers*

2016KN038450

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER:  704093

THE PEOPLE OF THE STATE OF NEW  YORK
                    VS

IACOBI,ALEXANDRU
Defendant

05/21/1953
Date of Birth

2281 EAST 18 STREET
Address

1425532R
NYSID Number

BROOKLYN              NY   11229
City              State  Zip

05/25/2016
Date of Arrest/Issue

Docket Number: 2016KN038450

Summons No:

PL 120.00 01 AM,PL 120.15 00 BM,PL 240.26 01 V,
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|--------------|-------|------|
| 04/26/2017 | DISMISSED AND SEALED | YAVINSKY,M | TRIAL1 |

## SEALED

NO FEE CERTIFICATION

pursuant to Section 160.50 of the CPL

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGN

SOURCE   _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

KUSHNIR,L
COURT OFFICIAL SIGNATURE AND SEAL

08/08/2018
DATE        FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

GARAVUSG

on 06/02/2016 11:27 PM

ATTEMPT OF

MURSER-

P.O1 DID NOT INVEST?

VET.

**A.**     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _05.24_____, 20_19_

Signature of Plaintiff ____Alex Jacobs_____

Printed Name of Plaintiff ____Alexandru Iacobi_____

# 2 List of Attachments:

1.Letter to Honarable Judge Yavinsky  March 27,2017          2 Pages

2.Letter to Federal Court                                    1 Page

3.Letter From TLC Suspending my License May 26 , 2016        2 Pages

4.Letter from TLC  June ,20. 2016                            2 Pages

Alexandru Iacobi                                     May   ,2019

Alexandru Iacobi                                          May 24.2019

5014 16th ave., Ste 298

Brooklyn, NY 11204

Federal Court: 225 Cadman Plaza Est,

Brooklyn, NY 11201

Phone: (718) 613-2600

To Whom it May Concern:

The All Proves are requested from me to Provide are part of my complain and based on the Multiple attacks over a period of years from NYPD-officers with the intent to destabilize my life –from renting a dwelling, to get employment or to create income as a Self Employed.

These people are determined to try to ruin and discredit a good person/me which I never had any legal problems in more then 27 years in New York.

There are plenty of proves I have but I am afraid for my life and my well being because I am dealing with Organized Crime-Mafia which means –Criminals are attacking my life socially and physically and they are strongly supported by NYPD officers and at Courts the Judges are strongly ignoring me and my proves, jumping to harm me for the Profits of the Criminals, the Police officers and the Judges.

   POLICE MADE ME A PUNCHING BAG TO TRAIN THE CRIMINALS ON HOW EASY IS TO BE A MAFIOSO WORKING WITH POLICE.

   I didn't witness the arrangements behind my back but the reality speaks for it self and I don't see at my age 66 years old why Police officers would cover criminals if they don't profit from the crimes and why Judges would support criminals if they don't profit from the crimes.

   I will provide quality Proves of criminality against me to a Jury Trial.

 As of now my demand of Financial Remedies for this Complain is $500.000.00 due to my age and the little chances I have to recover from emotionally suffering and physical pains and financial lost over the years.

Alexandru Iacobi

1

Alex Iacobi                                                      March 27,2017

Tel:646-606-7587

Honorable Judge Yavinsky      *DAT Serial #61-00258*

Criminal Court of the City of New York/Kings     *OL BS Arrest ID: K 1663 8893*

120 Schermerhorn street, Brooklyn NY 11201

Complain #2016-18753 received by Officer Nourse . on 05/26/2016 by 7:35 AM (6) +Log 2017-2741 -On 03/14/2017-Officer Manuel -Log-2017-9303 & the Log# 2017-9523 Plus Log#2016-40238 11/16/2016 Sargent Kosher Internal's Affairs Group 1

Complain #2016-18753 received by Officer Nourse . on 05/26/2016 by 7:35 AM (6) +Log 2017-2741 -On 03/14/2017-Officer Manuel -Log-2017-9303 & the Log# 2017-9523
Plus Log#2016-40238 11/16/2016 Sargent Kosher Internal's Affairs Group 1
Reference#C-1-1-1358374579
Starting 01/25/2017 Sargent Sheehan  investigates the above Complains to 311 Agency Internal's Affairs .

Please dismiss the Charges PL 120.00 as the Criminal Fantasy of the haters from Precinct 61 supported strongly by a large Network of Haters which are making a living within a Repressive-Oppressive Social System to create fear and suffering to a large Group of People in the USA society. Using Mafiosos Bandits Criminal Capabilities like the one has Garavuso to accuse innocent People on Fraudulent charges as it was done by the Inquisition in Middle Age and afterwords. I am the victim not the attacker and the proves are below and above.
Complain #2016-18753 received by Officer Nourse . on 05/26/2016 by 7:35 AM (6)  +Log 2017-2741 -On 03/14/2017-Officer Manuel -Log-2017-9303 & the Log# 2017-9523 Complains done to Internal's Affairs and CCRB.
 The haters from Precinct 61 put Garavuso to write as I am an Asian to divert the attention form them as Haters against Jews based on the fact that the Criminal Garavuso at the Precinct 61 Haters advised had for years Residential Rent adds on Jewish Press to recruit them future victims and all them victims are evicted even if they pay the Rent which is my case too. The renters before me was evicted and the neighbor Abraham Sahalom was evicted too by arrest at the lies of Garavuso on September 6,2016  just more then 3 month after my False Arrest on 05/25/2016. The 2 locations Garavuso was renting was illegal Dwellings and the Housing Department inspected the 1 Family House Garavuso has and requested Legal repairs and the STOP of any residential renting as Illegal and unsafe for Humans to live and pay for it as rent.

CRIMINAL MISCHIEF THIRD DEGREE (E Felony) (Intentionally Damaging Another's Property; Amount More Than $250) PENAL LAW 145.05 (Committed on or after Sept. 1, 1971) (Revised January 5, 2009)1 (Revised December 17, 2009)

CRIMINAL MISCHIEF THIRD DEGREE (E Felony) (Intentionally Damaging Another's Property; Amount More Than $250) PENAL LAW 145.05 (Committed on or after Sept. 1, 1971) (Revised January 5, 2009)1 (Revised December 17, 2009)

A person is guilty of criminal mischief in the third degree when, with intent to damage property of another person, and having no right to do so nor any reasonable ground to believe that he or she has such right, he or she:

1.   damages the motor vehicle of another person, by breaking into such vehicle when it is locked with the intent of stealing property, and within the previous ten year period, has been convicted three or more times, in separate criminal transactions for which sentence was imposed on separate occasions, of criminal mischief in the fourth degree as defined in section 145.00, criminal mischief in the third degree as defined in this section, criminal mischief in the second degree as defined in section 145.10, or criminal mischief in the first degree as defined in section 145.12 of this article; or

2.   damages property of another person in an amount exceeding two hundred fifty dollars.

Criminal mischief in the third degree is a class E felony.


Law 145.05 Text Law for the damages done by Garavuso to my car on 06/02/2016 with the tools he prepared to kill me but he couldn't , the damages are above $4627.00


The Judge doesn't need to be manipulated by the Prosecution which describes Garavuso a Mafioso as the victim the way John Connley in Boston was describing Whitey Bulger as the victim of the Government. When in fact Garavuso is a criminal which tried to kill me on 06/02/2016 days after I was Falsely Arrested 05/25/2016(and on 05/31/2016 Garavuso received payment for rent) to open an opportunity to Garavuso to kill me in the future and presented in a way as it as a normal act because I was the attacker, meanwhile he was in my apartment not me at his apartment ,so the parasites Police Officers from Precinct 61 strongly Mafiosos supporting Mafia where Garavuso is a snitch/attacker . The Haters are identical Criminals working on the same pastern as Inquisition, Nazism, Fascism or Communism, they just change the label/propaganda under which (philosophy) they accuse them victims to be able to satisfy them antisocial and highly criminal instincts.

   The Prosecution proposed me already 3 times to Accept the Disorderly Conduct with the Help of Adrienne Wells from Legal Aid but didn't show me the proposal in writing or the text of the Law to identify the action I am accused of and the allegedly results of my allegedly action . Everything is a Fraud and is the Action of a highly Criminal/Repressive/Oppressive Social System which attacks a certain segment of the Population to keep them in fear -limiting them capabilities to earn income through short term and long term consequences do to False Accusations ,I never saw the file since July 8,2016 and I always got excuses regarding to access to the file.

   Mr. Strauss this is the reality and that's what I will kindly ask from you to present to the Honorable Judge Yavinsky to dismiss the fraudulent Charges against me which has to be investigated by CCRB and the Internal's Affairs based on the Multiple Complains logged above.


Respectfully,


Alex Iacobi



**Taxi & Limousine Commission**

Meera Joshi, Commissioner

Uniformed Services Bureau
33 Beaver Street
19th Floor
New York, NY 10004

+212-676-1130 tel
+212-676-1068 fax

May 26, 2016

**ALEXANDRU IACOBI**
**5014 16TH AVENUE SUITE 298**
**BROOKLYN, NY 11204**

## DIRECTIVE AND NOTICE OF ARREST SUSPENSION
### TLC License No.5150039

Dear ALEXANDRU IACOBI:

The Department of Criminal Justice Services ("DCJS") has notified the Taxi and Limousine Commission ("TLC") that **on or about MAY 25, 2016**, you were arrested for the following offense(s):

**PL 120.00 ASSAULT - THIRD DEGREE**

Accordingly, pursuant to TLC Rule 68-15 (d)(1), your TLC license has been **SUSPENDED** based upon TLC's determination that emergency action is required to insure public health or safety. During this time, you cannot drive as a TLC Licensee.

### YOU MUST IMMEDIATELY TURN IN YOUR LICENSE TO THE TLC CONSUMER COMPLAINTS DIVISION AT 33 BEAVER STREET, 19TH FLOOR, NEW YORK NY 10004

If you plan on pleading guilty in your criminal case, or if you are found guilty in your criminal case, you will face a three year ban from applying for a new TLC license.

You have the right to request a hearing to contest this suspension. Your request for a hearing must be made no later than ten (10) days from the receipt of this letter. If there is a substantial change in your case, such as a disposition, or if the charge(s) pending against you has been reduced to a less serious offense, TLC may lift the license suspension.

To request a hearing, or to notify TLC of a substantial change in your case, call (212) 676-1087, Monday to Friday (except holidays), between 9:00 am and 4:00 pm. You may also fax a letter requesting a hearing to (212) 676-1068. Be sure to include your full name, a callback number and your TLC License Number. If you have an attorney or other representative, they may also request a hearing. *06/08/16    11:45 AM   Diane took the call — Josh - Pal*
*07/11/16 — 9:43 AM*



**Taxi & Limousine
Commission**

Meera Joshi  Commissioner

Uniformed Services Bureau
33 Beaver Street
19th Floor
New York, NY 10004

+212-676-1130 tel
+212-676-1068 fax

Pursuant to TLC Rules, **you must notify TLC of the final disposition of your criminal case within fifteen (15) days of your conviction or acquittal**. A copy of the Certificate of Disposition issued by the Court may be submitted via:

1. Email to forsytheta@tlc.nyc.gov;
2. Fax  to (212) 676-1068; or
3. Mail to Ms. Tamara Forsythe, NYC Taxi and Limousine Commission, 33 Beaver Street, 19th Floor, New York, New York 10004,

YOU MUST INCLUDE YOUR TLC LICENSE NUMBER ON ALL PAPERWORK SUBMITTED.

**IMPORTANT NOTICE:** If you are convicted (this includes guilty pleas) of a felony, or certain misdemeanors or violations (including, but not limited to Driving While Ability Impaired (VTL § 1192.1)), TLC will seek the revocation of your license, and you will be banned from applying for a new license for three years. It is strongly recommended that you consult with an attorney to learn how your criminal case may affect your TLC license before your criminal case has concluded.

Sincerely,

Stas Skarbo
*Agency Attorney*

Certificate of Mailing:

*"I certify that this is a true copy of this two page directive inserted by me in an envelope addressed to the named licensee at the address noted on the directive, which is the last mailing address filed with the commission listed in CAMIS/TAMIS, and deposited in the normal course of business, on the date below, in an outgoing mail box at the TLC Beaver Street facility the contents of which are picked up twice a day by mailroom staff.  Based on a conversation with Nicholas Venezia, The Assistant Commissioner who oversees the mailroom, my understanding is that the practice of the TLC Mail Service is to place metered first class postage on the envelope and deposit the envelope in an official United States Postal Service receptacle no later than one (1) business day after receipt of the envelope by the TLC mail Service."*

By:  Tamara Forsythe          Signature:          J. Forsythe          Date: 5/26/16

*The document the judge has at 2:21 PM at 3:35 PM. Tamara promised to send me a e:mail with a 3rd page*

**NYC**

**Taxi & Limousine Commission**

Meera Joshi  Commissioner
Uniformed Services Bureau
33 Beaver Street
19th Floor
New York, NY 10004

+212-676-1121 tel
+212-676-1068 fax

June 20, 2016

**ALEXANDRU IACOBI**
**5014 16TH AVENUE SUITE 298**
**BROOKLYN NY 11204**

RE: NOTICE OF SUMMARY SUSPENSION HEARING
TLC License No. **5150039**

Dear **ALEXANDRU IACOBI**:

Pursuant to your request, a summary suspension hearing has been scheduled for **7/15/16 at 9:30 AM**, at the Office of Administrative Trials and Hearings ("OATH"), 100 Church Street, 12th floor, New York, New York 10007. The purpose of this hearing will be to determine whether your TLC license should remain suspended pending the final disposition of your criminal case, pursuant to TLC Rule 68-15(d) (35 RCNY § 68-15[d]).

**Please note that your failure to appear at the hearing as scheduled may result in a declaration of default, and the hearing may proceed in your absence. The Office of Administrative Trials and Hearings' Court Calendar Unit may be contacted at 844-628-4692 (844-OATH-NYC).**

**You may be represented by an attorney or other representative at your hearing.** Such person must file a notice of appearance with OATH, and should be retained sufficiently in advance of the hearing in order for him or her to appear on your behalf. It is strongly recommended that you do not wait until the day of or the day before your hearing to hire an attorney as an adjournment request for that reason might not be granted by the presiding Administrative Law Judge.

You may file an answer to the Petition within thirteen (13) days. At your hearing, you may present evidence in support of your defense and/or call witnesses on your behalf. If you require a translator, it is your responsibility to contact OATH before your hearing date. OATH's rules of practice and procedure are published in Title 48 of the Rules of the City of New York; copies are available at OATH or on its website at www.nyc.gov/oath.

If you would like a copy of the file documents that will be provided to the presiding Administrative Law Judge, you may contact me directly at (212) 676-1221 or

skarbos@tlc.nyc.gov any time before the scheduled hearing to arrange for pick-up or delivery of said documents.

Sincerely,

Stas Skarbo
Prosecuting Attorney

**Affirmation of Service**
"I certify that this is a true copy of this Notice of Summary Suspension Hearing and the attached petition inserted by me in an envelope addressed to the named Respondent at the address noted on the Notice of Summary Suspension Hearing, which is the last mailing address filed with the commission listed in TAMIS, and deposited in the normal course of business, on the date below, in an outgoing mail box at the TLC Beaver Street facility the contents of which are picked up twice a day by mailroom staff.  Based on a conversation with Nicholas Venezia, The Assistant Commissioner who oversees the mailroom, my understanding is that the practice of the TLC Mail Service is to place metered first class postage on the envelope and deposit the envelope in an official United States Postal Service receptacle no later than one (1) business day after receipt of the envelope by the TLC mail Service."

Print  Tamara Forsythe          Signature_____          Date:  June 20, 2016